# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Sozo Illinois, Inc., f/k/a Sozo Health, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Jay Robert Pritzker, Governor of the State of Illinois, in his official capacity; and <br><br> Mario Treto, Jr., in his official capacity as Acting Secretary of the Illinois Department of Financial and Professional Regulation, <br><br> Defendants. | Case No. 21-cv-03809 |

## NOTICE OF MOTION FOR LEAVE TO FILE OVERSIZED BRIEF

To: Sunil Bhave
Assistant Attorney General
100 W. Randolph St., 13th Fl.
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on the 27th day of July, 2021, at 9:00 a.m., I shall appear before the Honorable Judge Gary S. Feinerman on behalf of Plaintiff, Sozo Illinois, Inc., in Room 2141 of the Northern District Court of Illinois, and then and there present Plaintiff's **Motion For Leave To File Oversized Brief**, a copy of which is attached hereto.

DATED: July 22, 2021

HANSEN REYNOLDS LLC

/s/ Alan Nicgorski
Alan Nicgorski (State Bar No. 6243574)
Joseph Jacobi (State Bar No. 6273967)
Sarah Troupis Ferguson (pro hac vice pending)
150 S. Wacker Dr. 24th Floor
Chicago, IL 60606
Phone: 312.265.2253
Email: anicgorski@hansenreynolds.com
jjacobi@hansenreynolds.com

1

sferguson@hansenreynolds.com

*Attorneys for Plaintiff Sozo Illinois, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned, being first duly sworn on oath, deposes and says that he served the foregoing Notice of Motion and the documents referred to therein by electronically filing with the CM/ECF system of the U.S. Northern District of Illinois, on the 22nd day of July, 2021, and hand delivering paper copies to all parties of record at the following addresses:

Sunil Bhave
Assistant Attorney General
100 W. Randolph St., 13th Fl.
Chicago, IL 60601

/s/     Alan Nicgorski