UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sozo Illinois, Inc., f/k/a Sozo Health, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Jay Robert Pritzker, Governor of the State of Illinois, in his official capacity; and<br><br>Mario Treto, Jr., in his official capacity as Acting Secretary of the Illinois Department of Financial and Professional Regulation<br><br>Defendants. | Case No. 21-cv-03809 |

**MOTION FOR LEAVE TO FILE OVERSIZED BRIEF**

Plaintiff Sozo Illinois, Inc. f/k/a Sozo Health, Inc. ("Sozo"), by and through its attorneys, Hansen Reynolds LLC, and pursuant to Local Rule 7.1, file this motion for leave to file a 21-page brief in support of its Motion for a Temporary Restraining Order and a Preliminary Injunction. A copy of Sozo's proposed brief is attached hereto. Sozo seeks to enjoin Defendants from implementing the recently amended licensure provisions of the Cannabis Regulation and Tax Act, 410 ILCS 705/1 *et seq.* because the Act (as amended) violates the Commerce Clause of the U.S Constitution, and also impinges on Sozo's right to due process and equal protection under both the U.S. and Illinois Constitution. In light of the complex nature of the Act and its multiple constitutional deficiencies, Sozo submits that the 6 pages in excess of Rule 7.1's 15-page limit will aid the Court in ruling on Sozo's request for injunctive relief and therefore respectfully requests that the Court grant it leave to file the attached oversized brief. Sozo would have no objection to Defendants filing a similarly-sized brief in response.

**HANSEN REYNOLDS LLC**

/s/   Alan Nicgorski

Alan Nicgorski (State Bar No. 6243574)
Joseph Jacobi (State Bar No. 6273967)
Sarah Troupis Ferguson (pro hac vice pending)
150 S. Wacker Dr. 24th Floor
Chicago, IL 60606
Phone: 312.265.2253
Email: anicgorski@hansenreynolds.com
          jjacobi@hansenreynolds.com
          sferguson@hansenreynolds.com

*Attorneys for Plaintiff Sozo Illinois, Inc.*