UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sozo Illinois, Inc., f/k/a Sozo Health, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Jay Robert Pritzker, Governor of the State of Illinois, in his official capacity; and <br><br> Mario Treto, Jr., in his official capacity as Acting Secretary of the Illinois Department of Financial and Professional Regulation, <br><br> Defendants. | Case No. 21-cv-03809 |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff hereby voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Respectfully Submitted,

**HANSEN REYNOLDS LLC**

/s/     Alan Nicgorski

Alan Nicgorski (State Bar No. 6243574)
Joseph Jacobi (State Bar No. 6273967)
Sarah Troupis Ferguson (pro hac vice pending)
150 S. Wacker Dr. 24th Floor
Chicago, IL 60606
Phone: 312.265.2253
Email: anicgorski@hansenreynolds.com
         jjacobi@hansenreynolds.com
         sferguson@hansenreynolds.com

*Attorneys for Plaintiff Sozo Illinois, Inc.*